# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MOLINA, <br><br> Petitioner, <br><br> v. <br><br> M.D. McDONALD, Warden, <br><br> Respondent. | Case No. CV 10-8230-RGK (JEM) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed written Objections to the Report and Recommendation. The Court concurs with and adopts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 8, 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE