# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MOLINA,<br><br>        Petitioner,<br><br>        v.<br><br>M.D. McDONALD, Warden,<br><br>        Respondent. | Case No. CV 10-8230-RGK (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for a Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 8, 2011

                                                R. GARY KLAUSNER<br>                                      UNITED STATES DISTRICT JUDGE